IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DALTON ELLIOTT**                                                                             **PLAINTIFF**

v.                              CASE NO. 4:23-CV-00145-BSM

**CITY OF MAYFLOWER,**
**ARKANSAS,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE